# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Andrea Denise Simpkins ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 8:09-855-MBS |
| Commissioner of Social Security Administration ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This Court ORDERS that the defendant's decision is reversed and remanded under 42 U.S.C. § 405(g) for a full explanation as to why the treating physician's bending limitation was rejected by the ALJ.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge Margaret B. Seymour

Date:  August 16, 2010                                    *CLERK OF COURT*

                                                         s/Ashley Stewart, Deputy Clerk
                                                         _____
                                                         *Signature of Clerk or Deputy Clerk*